**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CATHY S. HAMLIN, ) | CASE NO. 1:07-CV-3822 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE VECCHIARELLI |
| ) | |
| MICHAEL J. ASTRUE, ) | |
|   Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | **ORDER** |

This case is before the Magistrate Judge pursuant to the consent of the parties. Pending before this Court is a Motion for Attorney Fees (Doc. No. 23), pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), brought by Attorney Marcia W. Margolius and the law firm of Margolius, Margolius & Associates, LPA. (Doc. No. 23.) In conformance with the Stipulation of counsel (Doc. No. 24), the motion for attorney's fees (Doc. No. 23) is GRANTED. Plaintiff is awarded the amount of $1,762.50 for fees and expenses, the sum to be made payable to Marcia Margolius of Margolius, Margolius & Associates, as Plaintiff's assignee. This award will satisfy all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412.

    IT IS SO ORDERED.

                                        /s/ Nancy A. Vecchiarelli
                                        U.S. Magistrate Judge

Date: November 25, 2008